USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 08/06/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE GREENMAN, derivatively on behalf of MILLMAN LLC,

    Plaintiff,

- against -

LARRY MILLER,

    Defendant,

and

MILLMAN LLC,

    Nominal Defendant.

---

Case No. 1:25-cv-06282 (ALC)

**JOINT STIPULATION OF WITHDRAWAL OF REMOVAL AND REMANDING ACTION**

**WHEREAS**, the above captioned action (the "Action") was removed to the United States District Court for the Southern District of New York by Defendant Larry Miller ("Miller") from the Supreme Court of the State of New York, New York County, Commercial Division, on July 30, 2025, on the basis of diversity jurisdiction, ECF No. 1;

**WHEREAS**, on August 4, 2025, the Court in the Action issued an Order to Show Cause *sua sponte* directing Miller to show cause by affidavit as to why this Action should not be remanded for lack of subject matter jurisdiction, ECF No. 4;

**WHEREAS**, Miller and Plaintiff Jane Greenman have met and conferred and have agreed that this Action should be remanded;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT**

1. The notice of removal filed in this Action is hereby withdrawn; and
2. This Action is to be remanded to the Supreme Court of the State of New York, New York County, Commercial Division.

Dated: August 6, 2025

| | |
|---|---|
| /s/ *Ross A. Fox* | /s/ *Bijan Amini* |
| Ross A. Fox | Bijan Amini |
| Robert E. Zimet | Amini LLC |
| A.Y. Strauss LLC | 131 W. 35th St, 12th Floor |
| 535 Fifth Avenue, 4th Floor | New York, NY 10001 |
| New York, NY 10017 | (212) 490-4700 |
| (973) 287-0963 | bamini@aminillc.com |
| rfox@aystrauss.com | |
| rzimet@aystrauss.com | |
| | |
| *Attorneys for Defendant Larry Miller* | *Attorney for Plaintiff Jane Greenman* |

This case is REMANDED to state court. 28 U.S.C. § 1447.
The Clerk of Court is respectfully directed to close this case.

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
August 6, 2025
New York, NY